·732 A.2d 515

IN THE MATTER OF CAROL POWE NEWTON,
AN ATTORNEY AT LAW.

July 19, 1999.

## ORDER

The Disciplinary Review Board on November 16, 1998, having filed with the Court its decision concluding that **CAROL POWE NEWTON** of **PATERSON**, who was admitted to the bar of this State in 1982, should be suspended from the practice of law for a period of one year for violating *RPC* 1.7 (conflict of interest) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **CAROL POWE NEWTON** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective August 13, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.